# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA EDUCATION ASSOCIATION
ET AL

    VS                                        CASE NO.  4:17-cv-00414-RH-CAS

STATE OF FLORIDA DEPARTMENT
OF EDUCATION ET AL

## JUDGMENT

This action is dismissed with prejudice as to the Department and all school districts named in the second amended complaint, whether or not the claims against some of those school districts previously were dismissed without prejudice. In accordance with the Settlement Agreement, all Plaintiffs and all school districts named in the second amended complaint, whether or not the claims against some of those school districts previously were dismissed without prejudice.  In accordance with the Settlement Agreement, all Plaintiffs and all Settlement Class members are bound by this Final Judgment.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

 March 23, 2020                        s/Betsy Breeden
DATE                                     Deputy Clerk: Betsy Breeden